# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NATHAN L. CURTIS,  :

    Petitioner,  :  Case No. 3:10cv00192

vs.  :  District Judge Walter Herbert Rice
                            Magistrate Judge Sharon L. Ovington

TIMOTHY BRUNSMAN,  :
Warden,

                    :

    Respondent.  :

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #6), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.    The Report and Recommendations filed on January 5, 2011 (Doc. #6) is ADOPTED in full;

2.    Respondent's Motion to Dismiss (Doc. #5) is GRANTED;

3.    Nathan Curtis' Petition for Writ of Habeas Corpus (Doc. #1) is DENIED;

4.    Petitioner is denied leave to appeal *in forma pauperis* and any requested certificate of appealability; and

5.    The case is terminated on the docket of this Court.


                                        Walter Herbert Rice
                                    United States District Judge